1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

SAFMARINE CONTAINER LINES, N.V.,

9

Plaintiff,

10

v.

11

SEASIDE TRADING LLC, a Washington
limited liability company,

12

Defendant.

13

Case No. C06-5234FDB

ORDER REQUIRING FURTHER
SUBMISSION RE MOTION FOR
DEFAULT JUDGMENT

14      Plaintiff, having obtained a default in this matter, now moves for default judgment in the

15  amount of $6,911.49, which includes costs and attorneys fees.  Plaintiff Safmarine contends that in

16  accordance with the Bill of Lading between Safmarine Container Lines, N.V. and Seaside Trading

17  LLC, Defendant Seaside owes freight charges in the amount of $3,800.00 and attorneys fees and

18  costs in the amounts of $2,577l50 and $533.99, respectively.  The Affidavit of Daniel S. Potts,

19  attorney for Plaintiff Safmarine, submits Exhibit # 2, pages 5 through 15, which appear to be

20  attorney time sheets reflecting date, rate, hours worked etcetera for a particular billing period, etc.

21  These invoices bear dates beginning September 12, 2005 through July 25, 2006.  This cause of

22  action was filed April 26, 2006.

23      There are no explanations of the work performed, and the Court cannot determine whether

24  any of the work is duplicative.   Neither can it be determined why the invoices go back to September

25  2005.

26  ORDER - 1

1    Therefore, Plaintiff's counsel is required to provide additional information about the nature of

2  the services rendered as to the particular invoices submitted in order that the Court may determine

3  whether or not the attorneys fees and costs are reasonable.

4    NOW, THEREFORE, IT IS ORDERED: By no later than Friday, August 18, 2006,

5  Plaintiff's counsel shall submit an additional affidavit and any other support that will demonstrate to

6  the Court the nature of the attorneys' fees and costs sought in order that it may determine whether

7  they are reasonable.  Counsel shall also explain why the invoices beginning in September 2005 are

8  submitted.

9

10    DATED this 31st day of July 2006.

11

12    _____

13    FRANKLIN D. BURGESS
      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDER - 2