THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAFMARINE CONTAINER LINES, N.V., <br><br> Plaintiff, <br><br> v. <br><br> SEASIDE TRADING LLC, A Washington limited liability company, <br><br> Defendant. | Case No. C06-5234 FDB <br><br> ORDER OF DEFAULT JUDGMENT <br><br> NOTE ON MOTION CALENDAR: July 28, 2006 |

THIS MATTER having come on for consideration upon the motion of Plaintiff, Safmarine Container Lines, N.V., for entry of default judgment, the Court having heretofore entered an Order of Default against Defendant Seaside Trading, LLC and after review of the records and files herein, including Plaintiff's Motion for Default Judgment and the affidavits of Michael Atkins and Daniel S. Potts in support thereof, and being otherwise advised in the premises, it is hereby

ORDERED and adjudged that Plaintiff Safmarine Container Lines, N.V. shall have judgment against Defendant Seaside Trading, LLC as follows:

|   |   |   |
|---|---|---|
| 1. | Judgment Creditor: | Safmarine Container Lines, N.V. |
| 2. | Judgment Debtor: | Seaside Trading, LLC |
| 3. | Principal Judgment Amount: | $3,800.00 |
| 4. | Attorney's Fees: | $2,577.50 |
| 5. | Costs: | $ 533.99 |
|    | TOTAL AMOUNT DUE AND OWING: | $6,911.49 |
| 6. | Attorney for Judgment Creditor: | Daniel S. Potts<br>Holmes Weddle & Barcott, P.C.<br>999 3rd Ave, Suite 2600<br>Seattle WA 98104. |

DATED this 3rd day of October 2006.

_(signature)_

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

HOLMES WEDDLE & BARCOTT

  /s/Daniels S. Potts
Daniel S. Potts, WSBA #32866
Attorney for Plaintiff

G:\4642\20252\Pldg\Ord - Judgment 6.26.06.doc

[PROPOSED] ORDER OF DEFAULT JUDGMENT - 2
Case No. C06-5324 FDB